## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| The Trustees of the Minnesota Cement Masons and Plasterers Fringe Benefit Funds, | Civil File No. 06-205 RHK/RLE |
| Plaintiffs, | |
| vs. | **ORDER TO SHOW CAUSE** |
| Keith Rule, Inc., a Minnesota corporation; and Gregory K. Rule, | |
| Defendants. | |

TO:   Keith Rule, Inc., a Minnesota corporation; and Gregory K. Rule, Defendants above-named, pro se:

YOU WILL EACH PLEASE TAKE NOTICE that on the attached Notice of Motion, Motion, and the Affidavit of Stephen C. Kelly, and on all files, records and proceedings herein, and on the motion of Stephen C. Kelly, attorney for Plaintiffs, and the Court being duly advised in the premises.

1. IT IS HEREBY ORDERED THAT YOU, GREGORY K. RULE, PERSONALLY APPEAR AND SHOW CAUSE, if any you have, before the Honorable Richard H. Kyle, United States District Judge at Courtroom 1, 180 East Fifth Street, St. Paul, Minnesota on the 5th day of October, 2006, at 8:00 a.m., or as soon thereafter as counsel can be heard, why the Court should not grant the relief requested in the attached Motion.

2. IT IS FURTHER ORDERED that you bring with you all books, payroll, bank and employment records of from September 1, 2005 through the present, including payroll

cards, and tax returns, both federal and state for tax year 2005.

3. Let this Order to Show Cause be served on Defendants personally by giving them a certified copy of the same.

Dated: August  11 , 2006

                                        BY THE COURT:

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge