## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

The Trustees of the Minnesota Cement
Masons and Plasterers Fringe Benefit Funds,

        Plaintiff,                        Civil No. 06-205 (RHK/RLE)

vs.                                           **ORDER**

Keith Rule, Inc., a Minnesota corporation,
Gregory K. Rule,

        Defendants.

---

      This matter is venued in the Fifth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: October 2, 2006

                                                       s/Richard H. Kyle
                                                       RICHARD H. KYLE
                                                       United States District Judge