## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| The Trustees of the Minnesota Cement Masons and Plasterers Fringe Benefit Funds,<br><br>     Plaintiffs,<br><br>vs.<br><br>Keith Rule, Inc., a Minnesota corporation; and Gregory K. Rule,<br><br>     Defendants. | Civil File No. 06-205 RHK/RLE<br><br><br>**ORDER TO SHOW CAUSE** |

TO: Keith Rule, Inc., a Minnesota corporation; and Gregory K. Rule, Defendants above-named, pro se:

 YOU WILL EACH PLEASE TAKE NOTICE that based on the Notice of Motion, Motion, and the Affidavit of Stephen C. Kelly, and on all files, records and proceedings herein, and on the motion of Stephen C. Kelly, attorney for Plaintiffs, and the Court being duly advised in the premises.

1. IT IS HEREBY ORDERED THAT YOU, GREGORY K. RULE, PERSONALLY APPEAR AND SHOW CAUSE, if any you have, before the Honorable Richard H. Kyle, United States District Judge at Courtroom 1 of the United States Courthouse and Federal Building, 515 West First Street, Duluth, Minnesota on the 12th day of March, 2007, at 9:30 a.m., or as soon thereafter as counsel can be heard, why the Court should not grant the relief requested in the attached Motion.

2. IT IS FURTHER ORDERED that you bring with you all books, payroll, bank and employment records of from September 1, 2005 through the present, including payroll cards, and tax returns,

both federal and state for tax years 2005 and 2006.

3. Let this Order to Show Cause be served on Defendants personally by giving them a certified copy of the same.

Dated: February  21 , 2007       BY THE COURT:

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge