## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| The Trustees of the Minnesota Cement Masons and Plasterers Fringe Benefit Funds,<br><br>        Plaintiffs,<br><br>vs.<br><br>Keith Rule, Inc., a Minnesota corporation; and Gregory K. Rule,<br><br>        Defendants. | Civil File No. 06-205 RHK/RLE<br><br><br><br>**ORDER** |

IT IS HEREBY ORDERED THAT Defendants submit to Plaintiffs' attorney, Mr. Stephen C. Kelly, Esquire, located at 400 Robert Street North, Suite 1800, St. Paul, MN 55101, fax number (651) 297-6642, all Federal Form 941's, W3's, Minnesota Unemployment Compensation Returns, and other documents which are required by the Plaintiffs' auditor for the tax years 2005 and 2006. Defendants must submit the listed tax records to Plaintiffs' attorney by no later than March 23, 2007. If Defendants fail to comply with this Court's Order, then a daily fine in the amount of $100.00 will be assessed against Defendants, jointly and severally.

Dated: March  13 , 2007          BY THE COURT:

                              s/Richard H. Kyle
                              RICHARD H. KYLE
                              United States District Judge