## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| The Trustees of the Minnesota Cement Masons and Plasterers Fringe Benefit Funds,<br><br>Plaintiffs,<br><br>vs.<br><br>Keith Rule, Inc., a Minnesota corporation; and Gregory K. Rule,<br><br>Defendants. | Civil File No. 06-205 RHK/RLE<br><br><br><br>**ORDER<br>FOR JUDGMENT** |

---

The above-entitled matter came without hearing before the undersigned upon Plaintiffs' motion for entry of judgment by default against Defendants, jointly and severally, and consistent with this Court's Order dated March 13, 2007.

Based upon the Court's Order dated March 13, 2007, the Affidavit of Non-Compliance, and all files, records and proceedings herein,

IT IS HEREBY ORDERED:

### ORDER

That the Clerk of Court shall enter judgment in favor of Plaintiffs and against the Defendants, jointly and severally, in the amount of $14,000.00.

Dated: July  26 , 2007                                         s/Richard H. Kyle
                                                                              RICHARD H. KYLE
                                                                              United States District Judge